

4

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

SAMANTHA RAJAPAKSE

**Plaintiff**

POOR QUALITY ORIGINAL

**v.**

CREDIT ACCEPTANCE CORPORATION

**Defendant**

**Case No. 16-13144**

**Matthew F. Leitman**
**United States District Judge**

**Stephanie Dawkins Davis**
**United States Magistrate Judge**

---

**AMEND SUMMARY JUDGMENT WITH ATTACHED EVIDENCE**

---

Plaintiff, Samantha D. Rajpaakse do hereby amend her motion seeking summary judgment against Defendants, Credit Acceptance. Plaintiff submit this summary judgement in seeking release and relief from Credit Acceptance over breach of contract and violation of the Far Debt Collection Practice Act and to include the Fair Credit Reporting.

During the initial motion for summary judgment newly discover evidence shows Credit Acceptance maliciously altered the balance on their account in order to report false information to three major credit bureaus ( Experian, Equifax, and Transunion) resulting in a negative balance.

The note on the auto loan was 367.50 a month starting February 7th 2014. Late fees were attached fees were 374.00. Rajapakse paid the amount of the loan including late fees for that month. Payments were made from February, 2014 to October, 2016. Which total 12, 900 in payments. Credit Acceptance

has report the original loan as 10.098.00 the amount thus, the remainder of the loan is the service agreement in which is in dispute. Since Ms. Rajapakse had been attempting to terminate the service agreement since 2014 shortly after the loan after attempting to use the agreement or warranty. Therefore the loan on the auto has been paid in full and Credit Acceptance should release the title and ownership of the auto as lienholder to Ms. Rajapakse.

This company Credit Acceptance has had repeated complaints for violation with their loans with the Attorney General and with other agencies regarding similar situations. This company will cease contact with it customers and will illegally repo a car without any written notice. Credit Acceptance should be investigated due to being a predatory lender.

**IT IS THEREFORE, PLAINTIFF SEEK AND PRAY:**

1. The title be awarded to Ms. Rajapakse
2. Credit Acceptance be asset all court fees and cost with this litigation.
3. The correct credit report in Credit Acceptance be removed as placed as positive.

Respectfully,

Samantha Rajapakse

45 7th Calvary Road
Fort Leavenworth, KS 66027
901-237-0744

**CERTIFICATE OF SERVICE**

A copy of this motion has been mailed to the opposing party, Credit Acceptance Corporation in Southfield, MI by united States Postal Service on 11, July 2017

Respectfully
Samantha Rajapakse

Credit Acceptance Cor
Times 30/60/90 days late
0/0/0
Open
Responsibility
Individual
Automobile
Dismissed
CREDITOR CONTACT DETAILS
CREDIT ACCEPTANCE CORPOR
PO BOX 5070
SOUTHFIELD, MI 48086
Call this creditor
DIRECT DISPUTE™



Piyapaks
115 74th Calvary
Fort Leavenworth, KS 66027

KANSAS CITY 640
11 JUL 2017 PM 2 L

7-11-17(NA)

RECEIVED
JUL 18 2017
CLERK'OFFICE
DETROIT

US District Court of Michigan
Clerks office
231 W. Lafayette Blvd
Detroit MI 48226

48226-279426