UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA RAJAPAKSE,

    Plaintiff,                                  Case No. 16-cv-13144
                                                            Hon. Matthew F. Leitman

v.

CREDIT ACCEPTANCE CORP.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order (1) Adopting Magistrate Judge's Recommended Disposition, (2) Granting Defendant's Motion to Compel Arbitration. (3) Terminating Plaintiff's Motions for Injunctive Relief and for Summary Judgment as Moot, and (4) Dismissing Complaint Without Prejudice, dated August 23, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

                                                        DAVID J. WEAVER
                                                        CLERK OF COURT

                                     By:     s/Holly A. Monda
                                                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 23, 2017
Detroit, Michigan